| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)  Suhrheinrich, Richard F | 2. Court or Organization  Sixth Circuit Court of Appeals | 3. Date of Report  04/07/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  Circuit Court Judge (Senior) | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial   ● Annual   ○ Final | 6. Reporting Period  01/01/2004  to  12/31/2004 |
| 7. Chambers or Office Address  Room 241  315 W. Allegan  Lansing, Michigan 48933 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member Board of Attorney Grievance Commission | State Bar of Michigan |
| 2. | Member Board of Trustees | Brighton Hospital (non-profit) |
| 3. | Faculty Member | Thomas M. Cooley Law School |

FINANCIAL DISCLOSURE OFFICE  2005 APR 18 P 3: 31  RECEIVED

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Thomas M. Cooley Law School | $90,000.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Michigan Attorney Grievance Committee | Mileage for travel to and from meetings |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE · (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suhrheinrich, Richard F | 04/07/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Savings Account- Bank One | A | Interest | J | T | | | | | |
| 2. Indv. Retirement Acct. - Bank One, CD | A | Interest | J | T | | | | | |
| 3. 1. Fid. Growth Mutual - IRA | A | Div/reinves | J | T | | | | | |
| 4. 2. Fed. Cap. Income F | A | Div/reinves | J | T | | | | | |
| 5. Escanaba MI Public School | B | Interest | K | T | | | | | |
| 6. Marysville, MI PSD | C | Interest | K | T | redemption | 5/3 | L | A | (T) Market |
| 7. Allen Park, MI | C | Interest | K | T | redemption | 3/1 | L | A | (T) Market |
| 8. Kirkland, MI | B | Interest | K | T | redemption | 5/3 | K | | (T) Market |
| 9. Livingston County, MI | A | Interest | K | T | redemption | 5/3 | K | | (T) Market |
| 10. Roscommon County, MI | B | Interest | K | T | | | | | |
| 11. Kalamazoo Pub. Lib | B | Interest | K | T | | | | | |
| 12. Hazel Park, Michigan | B | Interest | K | T | | | | | |
| 13. Merrill Lynch Priority Client Account | A | Interest | J | T | | | | | |
| 14. Vanguard (IRA): Wellesly Income Fund | A | Interest | M | T | reinvest interest | 11/19 | J | | (T) Market |
| 15. Goodrich Petro | | None | J | T | | | | | |
| 16. Huron Valley Michigan School District | A | Interest | J | T | | | | | (T) Market |
| 17. Detroit Michigan School District | A | Interest | J | T | | | | | |
| 18. Detroit Michigan School District | A | Interest | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Suhrheinrich, Richard F | 04/07/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Fifth Third Bank Account | A | Interest | J | T | d posit | var. | J | | (T) Market |
| 20. Mason State Bank Account | A | Interest | J | T | deposit | var. | J | | (T) Market |
| 21. Cinergy Common Stock | A | Dividend | J | T | buy | 10/20 | J | | (T) Market |
| 22. Birmingham Michigan School District | A | Interest | K | T | buy | 4/1 | K | | (T) Market |
| 23. West Bloomfield Michigan School District | A | Interest | K | T | buy | 4/28 | K | | (T) Market |
| 24. Ameren Corp. Common Stock | | None | J | T | buy | 12/13 | J | | (T) Market |
| 25. Bank of America Common Stock | | None | J | T | buy | 12/13 | J | | (T) Market |
| 26. General Electric Common Stock | | None | J | T | buy | 12/07 | J | | (T) Market |
| 27. Johnson & Johnson Common Stock | | None | J | T | buy | 12/13 | J | | (T) Market |
| 28. Procter Gamble Common Stock | | None | J | T | buy | 12/13 | J | | (T) Market |
| 29. Cooley Law School TSA/Vanguard Index Fund | A | Dividend | K | T | buy | var. times | K | B | (T) Market |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VIII ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____                   Date  4/11/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2004 | Thomas M. Cooley Law School | $90,000.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| I. | |

RECEIVED
2005 APR 18 P 3: 30
FINANCIAL DISCLOSURE OFFICE

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. Michigan Attorney Grievance Committee | Mileage for travel to and from meetings |
| 2. Thomas M. Cooley Law School | August 5-7, 2004 ABA Convention (Transportation, Hotel and Food) |